Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106-4617
Telephone: 702.471.7000
Facsimile: 702.471.7070
vigila@ballardspahr.com
sempers@ballardspahr.com

*Attorneys for Defendant*
*First Premier Bank*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN V. WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN CREDIT & COLLECTIONS, LLC; CREDIT FIRST NATIONAL ASSOCIATION; FIRST PREMIER BANK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; INNOVIS DATA SOLUTIONS, INC.,<br><br>    Defendants. | CASE NO. 2:16-cv-00890-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FIRST PREMIER BANK TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

Plaintiff Marian V. William ("Plaintiff") and Defendant First Premier Bank ("First Premier") (collectively, the "Parties") hereby stipulate and agree as follows:

1. Plaintiff has agreed to grant First Premier an extension to file its response to the Complaint.

2. The Parties have agreed that First Premier may have up to and until June 3, 2016 to file its response to Plaintiff's Complaint.

DMEAST #25759149 v1

3. The Parties seek this extension of time in order to facilitate potential settlement.

4. This Stipulation to Extend Time for First Premier to file its response to Plaintiff's Complaint is made in good faith, not for the purposes of delay, and in compliance with Local Rules 6-1 and 7-1.

IT IS SO STIPULATED.

Dated: May 23, 2016

BALLARD SPAHR LLP

By: /s/ Sylvia Semper
Abran E. Vigil
Nevada Bar No. 7548
Sylvia O. Semper
Nevada Bar No. 12863
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106

*Attorneys for Defendant
First Premier Bank*

HAINES & KRIEGER

By: /s/ David Krieger
David H. Krieger
Nevada Bar No. 9086
8985 S. Eastern Avenue, Suite 130
Henderson, Nevada 89123
(702) 880-5554

*Attorneys for Plaintiff*

### ORDER

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: May 24, 2016

DMEAST #25759149 v1          2