# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN V. WILLIAMS,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>AMERICAN CREDIT & COLLECTIONS, LLC, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-00890-JCM-NJK<br><br>ORDER<br><br>(Docket No. 18) |

　　　　Pending before the Court is the third stipulation to extend the deadline for Defendant First Premier to respond to the complaint, which asserts additional time is sought so that First Premier can investigate the claims and the parties may discuss settlement. Docket No. 18. There has already been sufficient time for investigation and discussion of settlement. Indeed, the Court previously granted the second stipulation for extension with the warning that "**NO FURTHER EXTENSIONS WILL BE GRANTED**." Docket No. 16 at 2. Accordingly, the third stipulation is **DENIED**.

　　　　IT IS SO ORDERED.

　　　　DATED: June 20, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge