# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN V. WILLIAMS,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>AMERICAN CREDIT & COLLECTIONS, LLC, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:16-cv-00890-JCM-NJK<br><br>ORDER |

Pending before the Court is a joint status report in which the parties request a settlement conference. Docket No. 28 at 4. That request is hereby **DENIED** without prejudice. The parties shall file a proper motion or stipulation seeking a settlement conference on the docket, and any such filing shall include at least five dates on which the parties and counsel are available to attend a settlement conference in person.

IT IS SO ORDERED.

DATED: September 15, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge