David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com
*Attorney for Plaintiff, Marian V. Williams*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Marian V. Williams, | Case No. 2:16-cv-00890-JCM-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO FIRST PREMIER ONLY** |
| AMERICAN CREDIT & COLLECTIONS, LLC; CREDIT FIRST NATIONAL ASSOCIATION; FIRST PREMIER BANK; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; INNOVIS DATA SOLUTIONS, INC, | |
| Defendants. | |

Plaintiff Marian V. Williams and FIRST PREMIER BANK hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

Page **1** of **2**

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, FIRST PREMIER BANK**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:           September 14, 2016

By:

/s/David H. Krieger, Esq.
David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue
Suite 350
Henderson, Nevada 89123
*Attorney for Plaintiff*

By:

/s/ Sylvia O. Semper, Esq.
Sylvia O. Semper, Esq.
Ballard Spahr LLP
100 North City Parkway
Suite 1750
Las Vegas, NV 89106

*Attorney for Defendant
First Premier Bank*

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: September 23, 2016
_____