# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MARIAN V. WILLIAMS,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>AMERICAN CREDIT & COLLECTIONS, LLC,<br><br>　　　　　Defendant(s). | Case No. 2:16-cv-00890-JCM-NJK<br><br>ORDER |

　　　　In light of the notice of settlement with Experian, Docket No. 39, dismissal papers shall be filed by January 6, 2017.

　　　　Once Experian is dismissed, it appears the only remaining Defendant is American Credit & Collections. Plaintiff obtained a default against American Credit & Collections on July 22, 2016, Docket No. 24, but has not filed a motion for default judgment. No later than January 13, 2017, Plaintiff shall file either a motion for default judgment or voluntary dismissal papers with respect to American Credit & Collections.

　　　　IT IS SO ORDERED.

　　　　DATED: December 27, 2016

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge