UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MARIAN V. WILLIAMS,<br><br>   Plaintiff(s),<br><br>   v.<br><br>AMERICAN CREDIT & COLLECTIONS, LLC,<br><br>   Defendant(s). | Case No. 2:16-CV-890 JCM (NJK)<br><br>ORDER |

Presently before the court is the matter of *Williams v. American Credit & Collections, LLC et al.*, case number 2:16-cv-00890-JCM-NJK.

Plaintiff Marian Williams obtained default against defendant American Credit & Collections, LLC ("AC&C") on July 22, 2016 (ECF No. 24), but has yet to file a motion for default judgment. On December 27, 2016, the court ordered plaintiff to file either a motion for default judgment or voluntary dismissal papers with respect to AC&C by January 13, 2017. (ECF No. 40). Plaintiff failed to comply with the court's December 27th order.

On January 18, 2017, the court ordered plaintiff to show cause, in writing by January 25, 2017, as to why the case should not be dismissed for failure to prosecute as to AC&C. (ECF No. 42). Again, plaintiff has failed to comply with the court's order.

In light of the foregoing, plaintiff's claims against defendant AC&C will be dismissed without prejudice for failure to prosecute, as well as plaintiff's failure to comply with the court's orders. *See, e.g.*, *Ready Transp., Inc. v. AAR Mfg., Inc.*, 627 F.3d 402, 404–05 (9th Cir. 2010) (holding that district courts have inherent power to control their own dockets, which includes the

**James C. Mahan**
**U.S. District Judge**

power to craft appropriate sanctions for litigation conduct and to determine what appears in the court's record).

Accordingly,

IT IS HEREBY ORDERED that plaintiff's claims against defendant AC&C be, and the same hereby are, DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that the clerk shall close the case.

DATED January 27, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -